UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-CR-79 |
| vs. | : | Judge Thomas M. Rose |
| KENNETH A. BROWN, | : | |
| Defendant. | : | |

## ORDER

Defendant filed an ex parte application on October 29, 2012, for the issuance of subpoenas for the pretrial production of documentary evidence pursuant to Fed. R. Crim. P. 17(b). The Court finds that Defendant is indigent and that the individual requested by the Defendant is necessary to his defense. Accordingly, Defendant's application is granted. The subpoena will be served by the office of the Federal Public Defender.

_____
Thomas M. Rose
United States District Judge

Date: 10-29-12